1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    RICARDO JACKSON,                        Case No.  13-cv-01835-JST (PR)

              Petitioner,
8
         v.                                  **ORDER OF TRANSFER**
9
10   A. HEDGPETH, Warden,

              Respondent.
11

12

13

14          Petitioner has filed a petition for writ of habeas corpus to challenge his sentence from the

15   Los Angeles County Superior Court.  Los Angeles County lies within the venue of the Central

16   District of California.  Petitioner is confined at Salinas Valley State Prison in Monterey County,

17   within the venue of the Northern District of California. Venue is proper in a habeas action in either

18   the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition

19   challenging a conviction or the sentence imposed is preferably heard in the district of

20   conviction.  See N. D. Cal. Habeas L.R. 2254-3(b).  The petition challenges the sentence imposed,

21   rather than the execution of the sentence, as it alleges that petitioner received an illegal sentencing

22   enhancement, and that the state failed to honor the terms of prior plea agreements.  The preferred

23   venue is the Central District of California because petitioner was convicted and the sentence was

24   imposed in that district.

25   //

26   //

27   //

28   //

United States District Court
Northern District of California

1    Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice,

2    this action is TRANSFERRED to the United States District Court for the Central District of

3    California.  The Clerk shall transfer this matter forthwith.

4    In view of the transfer, the Court will not rule upon petitioner's request for leave to proceed

5    in forma pauperis.

6    **IT IS SO ORDERED**.

7    Dated:  June 6, 2013

8

9    _____
     JON S. TIGAR
     United States District Judge

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2