**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICARDO JACKSON, | ) | NO. CV 13-4203-VBF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| A. HEDGPETH, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Declining To Transfer Petition To Ninth Circuit, Dismissing Petition For Lack Of Jurisdiction, And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: July 24, 2013

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE